R. B. Singh D-54338
P. O. Box 689, (CW-308-Low)
Soledad, California.
Zip. 93960-0689

Richard W. Wieking, (Clerk)
U. S. District Court
Northern District of California
450 Golden Gate, Ave.
San Franciso, California.
Zip.   94102-3483

Date: April 13, 2008

Dear Clerk:

   I want to thank you very much for your assistance in the processing of my legal documents. I'm just hoping for justice in my case; whereby some day, I can become free from imprisonment. I'm a 67-year-old man; with not good health.

   Once again, thank you very much, and you have a very nice day.

Respctfully submitted,

R. B. Singh

R. B. Singh D-54338
P. O. Box 689, (CW-308-Low)
Soledad, California.
Zip. 93960-0689

LEGAL MAIL

SAN JOSE CA 951
14 APR 2008 PM 7 L

Richard W. Wieking, (Clerk)
U. S. District Corut
Northern District of California
450 Golden Gate, Ave.
San Francisco, California.
Zip. 94102-3483

APR 15 PM 1:51

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA