```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018932
Cashier ID: nudot
Transaction Date: 05/07/2008
Payer Name: Summer MacCool
--------------------------------
WRIT OF HABEAS CORPUS
 For: Raghbir Singh
 Case/Party: D-CAN-3-08-CV-001281-001
 Amount:         $5.00
--------------------------------
CHECK
 Check/Money Order Num: 3467
 Amt Tendered:   $5.00
--------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

C-08-1281-CRB

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

Clerk of the Court 05/05/08
US District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102-3483

Re: Case# CV-08-1281
Raghbir Singh #D-54338

Dear Sir or Madam,

I am submitting a $5.00 payment to reconcile the fee Mr. Singh is required to pay for the processing of paperwork for his case.

If you should have any questions I may be contacted at:

Summer MacCool
889 Main St.
Newman, CA 95360
(209) 862-3555

Thank you,

Summer MacCool

E-Filing, HABEAS, ProSe

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01281-CRB
## Internal Use Only

Singh v. Curry
Assigned to: Hon. Charles R. Breyer
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/05/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Raghbir Singh**     represented by **Raghbir Singh**
D-54338
CTF-Soledad
CW-308-L
P.O. Box 689
Soledad, CA 93960
PRO SE

V.

**Respondent**

**B. Curry**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2008 | 1 | PETITION for Writ of Habeas Corpus. No Process. Filed byRaghbir Singh. (Attachments: # 1 Part 2)(mcl, COURT STAFF) (Filed on 3/5/2008) (Entered: 03/06/2008) |
| 03/05/2008 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (mcl, COURT STAFF) (Filed on 3/5/2008) (Entered: 03/06/2008) |
| 03/05/2008 |  | CASE DESIGNATED for Electronic Filing. (mcl, COURT STAFF) (Entered: 03/06/2008) |
| 04/15/2008 | 3 | Letter dated 4/13/08 from R.B. Singh. (mcl, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/16/2008) |
| 04/17/2008 | 4 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (mcl, COURT STAFF) (Filed on 4/17/2008) (Entered: 04/17/2008) |




Ms Summer Maccool
889 Main St
Newman, CA 95360

Clerk of The Court
US District Court
Northern District of CA
450 Golden GATE Ave.
San Francisco, CA 94102-3483