IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAGHBIR SINGH,<br><br>                    Petitioner,<br><br>    v.<br><br>BEN CURRY,<br><br>                    Respondent. | C 08-1281 CRB<br><br>[PROPOSED] ORDER GRANTING RESPONDENT'S REQUEST FOR A STAY PENDING ISSUANCE OF MANDATE IN *HAYWARD* |

This Court considered Respondent's Request for a Stay Pending Issuance of Mandate in *Hayward* or, in the alternative, Request for an Extension of Time, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Request for a Stay Pending Issuance of Mandate in *Hayward* is **GRANTED**. Respondent shall respond to Petitioner's Petition sixty days after the issuance of the mandate in *Hayward*.

Dated: _____          _____
                                        The Honorable Charles R. Breyer

[Proposed] Order                                       *Singh v. Kane*
                                              Case No. C 08-1281 CRB