IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAGHBIR SINGH,<br><br>        Petitioner,<br><br>v.<br><br>BEN CURRY,<br><br>        Respondent. | C 08-1281 CRB<br><br>[PROPOSED] ORDER DENYING RESPONDENT'S REQUEST FOR A STAY AND GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME |

  This Court considered Respondent's Request for a Stay Pending Issuance of Mandate in *Hayward* or, in the alternative, Request for an Extension of Time, and good cause appearing,

  **IT IS HEREBY ORDERED** that Respondent's Request for a Stay Pending Issuance of Mandate in *Hayward* is **DENIED**.

  **IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time is **GRANTED**. Respondent is granted a sixty day extension of time to file the Answer from the date the Court's denial to stay proceedings is served on the Attorney General's Office.

Dated: _____      _____
                        The Honorable Charles R. Breyer

[Proposed] Order                       *Singh v. Kane*
                               Case No. C 08-1281 CRB