IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAGHBIR SINGH,                          )
                                        )
            Petitioner,                 )       No. C 08-1281 CRB (PR)
                                        )
      vs.                               )       ORDER
                                        )
BEN CURRY, Warden,                      )       (Docket # 7)
                                        )
            Respondent.                 )
_____ )


        Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2254 challenging the

California Board of Parole Hearings' ("BPH") August 29, 2006 decision to deny him

parole.   On July 21, 2008, the court ordered respondent to show cause why a writ of

habeas corpus should not be granted.

        Respondent now has filed a motion to stay this case indefinitely pending the en

banc decision in Hayward v. Marshall, 512 F.3d 536 (9th Cir.), reh'g en banc granted,

No. 06-55392, slip op. at 1 (9th Cir. May 16, 2008).  Respondent asserts that a stay is

warranted on basis of judicial economy because Hayward "may" decide various issues

applicable to this case.  The motion for a stay (docket # 7) is DENIED because it is an

abuse of discretion for a district court to stay a habeas petition indefinitely pending

appellate resolution of a different case involving parallel issues.  Yong v. INS, 208 F.3d

1116, 1120-22 (9th Cir. 2000).  The time to file an answer is extended to a date sixty

days from the date this order is entered.

SO ORDERED.

DATED:  August 8, 2008        _____
                              CHARLES R. BREYER
                              United States District Judge

G:\PRO-SE\CRB\HC.08\Singh, R1.or1.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

RAGHBIR SINGH,

          Plaintiff,

  v.

B. CURRY et al,

          Defendant.

_____/

Case Number: CV08-01281 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raghbir Singh D-54338
CTF-Soledad
CW-308-L
P.O. Box 689
Soledad, CA 93960

Dated: August 8, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk